# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DEMETRI LAMAR ALEXANDER,<br>                          Appellant,<br>vs.<br>THE STATE OF NEVADA<br>DEPARTMENT OF CORRECTIONS;<br>AND OFFENDER MANAGEMENT<br>ADMINISTRATOR, DWAYNE DEAL,<br>                          Respondents. | No. 73199<br><br>FILED<br><br>JUN 28 2017 |

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for default judgment. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Richard Scotti, District Judge
       Demetri Lamar Alexander
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

17-21575